DAVID M. ZANIEL, ESQ.
Nevada Bar No. 7962
**RANALLI, ZANIEL, FOWLER & MORAN, LLC**
50 West Liberty Street, Suite 1050
Reno, Nevada 89501
Telephone: (775) 786-4441
Attorneys for Defendant
*Progressive Direct Insurance Company*

UNITED STATES DISTRICT COURT

STATE OF NEVADA

| | |
|---|---|
| KEVIN HORIGAN, <br><br> Plaintiffs, <br><br> vs. <br><br> PROGRESSIVE CASUALTY INSURANCE COMPANY, a foreign Corporation; ABC CORPORATIONS I-X; BLACK AND WHITE COMPANIES I-X; And JOHN DOES I-X, inclusive, <br><br> Defendant. | Case No. 3:21-cv-00101-HDM-CLB |

ORDER GRANTING
**JOINT STIPULATION TO DISMISS COMPLAINT**

COMES NOW, Defendant, PROGRESSIVE DIRECT INSURANCE COMPANY, improperly named as PROGRESSIVE CASUALTY INSURANCE COMPANY (hereinafter referred to as "Defendant"), by and through their counsel of record, DAVID M. ZANIEL, ESQ., of the law offices of RANALLI ZANIEL FOWLER & MORAN, LLC, and Plaintiff KEVIN HORIGAN, by and through his attorney, MARK WENZEL, ESQ. of the law offices of BRADLEY, DRENDEL & JEANNEY who stipulate to dismiss Plaintiff's Complaint as follows. The parties have agreed to a binding arbitration and as a result, Plaintiff's First Cause of Action will be dismissed without prejudice. Plaintiff's Second, Third and Fourth Causes of Action will

be dismissed with prejudice. At the conclusion of the arbitration hearing, the First Cause of Action will be dismissed with prejudice.

DATED this 20 day of April 2021

RANALLI, ZANIEL, FOWLER & MORAN

_____
DAVID M. ZANIEL, ESQ.
Nevada Bar No. 7962
50 West Liberty Street, Suite 1050
Reno, Nevada 89501
Attorney for Defendant
*Progressive Direct Insurance Company*

DATED this 16th day of April 2021

BRADLEY, DRENDEL & JEANNEY

_____
MARK WENZEL, ESQ.
Nevada Bar No. 5820
P.O. Box 1987
Reno, Nevada 89505
Attorney for Plaintiff
*Kevin Horigan*

IT IS SO ORDERED.

DATED: This 22nd date of April, 2021

_____
UNITED STATES DISTRICT JUDGE

2